UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NIAGARA FRONTIER DISTRIBUTION INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AIR FRANCE ADS, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:06-CV-00325 (HHK) |

### NOTICE OF WITHDRAWAL OF DAVID A. PORDY AND SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.

Pursuant to LCvR 83.6(b), please withdraw the appearance of David A. Pordy, and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., as counsel for Plaintiff Niagara Frontier Distribution Company,

DATED: March 8, 2006

By: _____ /with permission/
David A. Pordy
SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.
1921 Rockville Pike
Rockville, Maryland 20852
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

Respectfully submitted,

By: _____
Michael D. Hausfeld, DC Bar 153742
Paul T. Gallagher  DC Bar 439701
Andrew B. Bullion
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20008
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Steven M. Pavsner, Esquire
JOSEPH, GREENWALD
 & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
Telephone: (301) 220-2200
Facsimile: (301) 220-1214

Arthur N. Bailey, Esquire
ARTHUR N. BAILEY &
 ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, New York 14701
Telephone: (716) 664-2967
Facsimile: (716) 664-2983

***Attorneys for Plaintiff, Niagara Frontier Distribution, Inc.***

## SERVICE LIST

**DEFENDANTS**

ACE Aviation Holdings, Inc.
5100 de Maisonneuve Boulevard West
Montreal, Quebec H4A 3T2
Canada

Air Canada
5100 de Maisonneuve Boulevard West
Montreal, Quebec H4A 3T2
Canada

AC Cargo LP
5100 de Maisonneuve Boulevard West
Montreal, Quebec H4A 3T2
Canada

Air France ADS
45, rue de Paris
95747 Roissy-CDG Cedex
France

Air France ADS (U.S. office)
1120 Connecticut Avenue, N.W.
Suite 1050
Washington, DC 20036

Air France-KLM Group ADS
45, rue de Paris
95747 Roissy-CDG Cedex
France

Air France-KLM Group ADS (U.S. office)
1120 Connecticut Avenue, N.W.
Suite 1050
Washington, DC 20036

Air France Cargo ADS
45, rue de Paris
95747 Roissy-CDG Cedex
France

Air France Cargo ADS (U.S. office)
1120 Connecticut Avenue, N.W.
Suite 1050
Washington, DC 20036

Air France-KLM Cargo ADS
45, rue de Paris
95747 Roissy-CDG Cedex
France

Air France-KLM Cargo ADS (U.S. office)
1120 Connecticut Avenue, N.W.
Suite 1050
Washington, DC 20036

AMR Corp.
4333 Amon Carter Blvd.
Fort Worth, Texas 76155

American Airlines, Inc.
P.O. Box 619616
MD 5656
DFW Airport, Texas 76155

Asiana Airlines Inc.
Asiana Twon Kangseo
P.O. Box 98 #47
Osae-Dong, Kangseo-Ku, Seoul
South Korea

British Airways PLC
Waterside, UB7 GB Harmondsworth
Middlesex
England

British Airways PLC (U.S. office)
Dulles International Airport
Cargo Building 3, Door 115
Washington, DC 20041

Cargolux Airlines International S.A.
Luxembourg Airport L-2990
Luxembourg
Grand Duchy of Luxembourg

Cathay Pacific Airways Ltd.
Hong Kong International Airport
7/F North Tower
8 Scenic Road
Cathay City, Lantau
Hong Kong

2

Deutsche Lufthansa AG
Von-Gablenz-Strasse 2-6
50679 Köln
Germany

Deutsche Lufthansa AG (U.S. office)
1101 Connecticut Avenue, N.W.
Washington DC 20036

Lufthansa Cargo AG
Von-Gablenz-Strasse 2-6
50679 Köln
Germany

Lufthansa Cargo AG (U.S. office)
1101 Connecticut Avenue, N.W.
Washington DC 20036

Japan Airlines International Company Ltd.
4-11, Higashi-shinagawa 2-chome
Shinagawa-ku, Tokyo 140-8637
Japan

Japan Airlines International Company Ltd. (U.S. office)
1050 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036

Korean Air Company, Ltd.
1370 Gonghang-Dong
Gangso-Gu, Seoul
Korea

Lan Airlines S.A.
Presidente Riesco 5711 Piso 20
Las Condes, Santiago
Chile

Lan Airlines S.A. (U.S. office)
1717 K Street, N.W.
Washington, DC 20036

Lan Cargo S.A.
Presidente Riesco 5711 Piso 20
Las Condes, Santiago
Chile

3

Lan Cargo S.A. (U.S. office)
1717 K Street, N.W.
Washington, DC 20036

Nippon Cargo Airlines Co., Ltd.
Shiodome City Center 8F 5-2
Higashi-Shinbashi, 1-Chome
Minato-Ku, Tokyo 105-7108
Japan

Nippon Cargo Airlines Co., Ltd. (U.S. office)
Cargo Building No.5
Washington Dulles International Airport
Washington D.C. 20041

Atlas Air Worldwide Holdings, Inc.
2000 Westchester Avenue
Purchase, New York 10577

Polar Air Cargo, Inc.
2000 Westchester Avenue
Purchase, New York 10577

SAS AB, dba SAS Group
Frösundaviks Allé 1
195 87 Stockholm
Sweden

SAS AB, dba SAS Group (U.S. office)
Ronald Reagan Washington National Airport
Washington, DC 20001

SAS Cargo Group A/S
Frösundaviks Allé 1
195 87 Stockholm
Sweden

SAS Cargo Group A/S (U.S. office)
Ronald Reagan Washington National Airport
Washington, DC 20001

Singapore Airlines Limited
Airline House
25 Airline Road
Singapore 819829

4

Singapore Airlines Cargo Pte Ltd.
5th floor core L
SATS Airfreight Terminal 5, Superhub 1
30 Airline Road
Singapore 819830

Swiss International Air Lines Ltd.
Aeschenvorstadt 4
CH-4051 Basel
Switzerland

UAL Corporation
1200 E. Algonquin Road
Elk Grove Township, Illinois 60007

United Airlines Inc.
1200 E. Algonquin Road
Elk Grove Township, Illinois 60007

United Airlines Cargo Inc.
1200 E. Algonquin Road
Elk Grove Township, Illinois 60007

Virgin Atlantic Airways Limited
The Office, Crawley Business Quarter
Manor Royal
Crawley, West Sussex RH10 9NU
England

International Air Transport Association
1776 K Street, N.W.
Suite 400
Washington DC 20006