## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NIAGARA FRONTIER DISTRIBUTION INC.,
individually and on behalf of all others similarly
situated,

                            Plaintiff,

                    v.

AIR FRANCE ADS, AIR FRANCE-KLM GROUP
ADS, AIR FRANCE CARGO ADS, AIR FRANCE-
KLM CARGO ADS, ASIANA AIRLINES INC.,
BRITISH AIRWAYS PLC, CATHAY PACIFIC
AIRWAYS LTD., DEUTSCHE LUFTHANSA AG,
LUFTHANSA CARGO AG, JAPAN AIRLINES
INTERNATIONAL COMPANY LTD., KOREAN
AIRLINES COMPANY LTD., SAS AB dba. SAS
GROUP, SAS CARGO GROUP A/S, UAL
CORPORATION, UNITED AIRLINES INC.,
UNITED AIRLINES CARGO INC.,
INTERNATIONAL AIR TRANSPORT
ASSOCIATION, and JOHN DOES I-X,

                      Defendants.

Civil Action No. 1:06-CV-0325
(HHK)

## STIPULATION AND AGREED ORDER

In light of the transfer motions now pending before the Judicial Panel on

Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation*, MDL

Docket No. 1775, Plaintiff Niagara Frontier Distribution Inc. ("Plaintiff") and Defendants Air-

France ADS, Air France-KLM Group ADS, Air France Cargo ADS, Air-France-KLM Cargo

ADS, Asiana Airlines Inc., British Airways PLC, Cathay Pacific Airways Ltd., Japan Airlines

International Company Ltd., SAS AB, and International Air Transport Association (collectively,

the "Defendants") through their respective counsel, hereby stipulate and agree as follows:

A06118466/0.0a/29 Mar 2006

**IT IS HEREBY STIPULATED AND AGREED**, that Defendants' time to answer, move or otherwise plead is enlarged until April 17, 2006.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process. The Defendants have expressly reserved their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

Dated:    Washington, D.C.
          March 29, 2006


**COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.**


By:   /s/ Michael D. Hausfeld
Michael D. Hausfeld
Paul T. Gallagher
Andrew B. Bullion
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20008
(202) 408-4600
(202) 408-6699 (fax)

*Attorneys for Plaintiff*


**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**


By:   /s/ Gary A. MacDonald
Gary A. MacDonald (418378)
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
(202) 393-5760 (fax)

**LINKLATERS**
James R. Warnot, Jr.
Mary K. Warren
Thomas A. McGrath
Michael J. Osnato, Jr.
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Air-France ADS, Air France-
KLM Group ADS, Air France Cargo ADS, and
Air-France-KLM Cargo ADS*

**SULLIVAN & CROMWELL LLP**

By:   /s/ Daryl A. Libow
Daryl A. Libow
1701 Pennsylvania Avenue, NW
Washington, DC  20006-5805
(202) 956-7500
(202) 293-6330 (fax)

*Attorneys for British Airways PLC*

**CROWELL & MORING LLP**

By:   /s/ George D. Ruttinger
George D. Ruttinger
Jeffrey Blumenfeld
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116 (fax)

*Attorneys for SAS AB*

**DLA PIPER RUDNICK GRAY CARY US LLP**

By:   /s/ Edward B. Schwartz
Edward B. Schwartz
1200 Nineteenth St. N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Attorneys for Cathay Pacific Airways Ltd.*

**HELLER EHRMAN LLP**

By:     /s/ Daniel D. Edelman
Daniel D. Edelman
7 Times Square, Times Square Tower
New York, NY 10036
(212) 832-8300
(212) 763-7600 (fax)

*Attorneys for Asiana Airlines Inc.*

**STEPTOE & JOHNSON LLP**

By:   /s/ William Karas
William Karas
Kenneth P. Ewing
1330 Connecticut Avenue N.W.
Washington, DC 20036
(202) 429-3000
(202) 429-3902 (fax)

*Attorneys for Japan Airlines International Co., Ltd.*

**HOWREY LLP**

By:   /s/ Alan M. Wiseman
Alan M. Wiseman
Mark C. Schechter
1299 Pennsylvania Ave, N.W.
Washington, D.C. 2004
(202) 383-6638
(202) 383-6610 (fax)

*Attorneys for International Air Transport Association*

**SO ORDERED:**

_____
**U.S.D.J.**