UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NIAGARA FRONTIER DISTRIBUTION INC., individually and on behalf of all others similarly situated,

                Plaintiff,

v.

AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS, AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD., KOREAN AIRLINES COMPANY LTD., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,

                Defendants.

---

Civil Action No. 1:06-CV-0325 (HHK)

## STIPULATION AND AGREED ORDER

In light of the transfer motions now pending before the Judicial Panel on Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation*, MDL Docket No. 1775, Plaintiff Niagara Frontier Distribution Inc. ("Plaintiff") and Defendants Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, Air-France-KLM Cargo ADS, Asiana Airlines Inc., British Airways PLC, Cathay Pacific Airways Ltd., Deutsche Lufthansa AG, Lufthansa Cargo AG, Japan Airlines International Co., Ltd., Korean Airlines Co., Ltd., International Air Transport Association, UAL Corp., United Airlines Cargo, Inc. and United Airlines, Inc. (collectively, the "Defendants") through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, that Defendants' time to answer, move or otherwise plead is enlarged until May 5, 2006.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process. The Defendants have expressly reserved their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

Dated:   Washington, D.C.
         May 1, 2006

| | |
|---|---|
| **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| By: __/s/ Michael D. Hausfeld__ | By: __/s/ Gary A. MacDonald__ |
| Michael D. Hausfeld<br>Paul T. Gallagher<br>Andrew B. Bullion<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20008<br>(202) 408-4600<br>(202) 408-6699 (fax)<br><br>*Attorneys for Plaintiff* | Gary A. MacDonald (#418378)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br>(202) 393-5760 (fax)<br><br>**LINKLATERS**<br>James R. Warnot, Jr.<br>Mary K. Warren<br>Thomas A. McGrath<br>Michael J. Osnato, Jr.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000<br>(212) 903-9100 (fax)<br><br>*Attorneys for Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, and Air-France-KLM Cargo ADS* |

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP** | **HELLER EHRMAN LLP** |
| By: /s/ Daryl A. Libow<br>Daryl A. Libow (#446314)<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006-5805<br>(202) 956-7500<br>(202) 293-6330 (fax)<br><br>*Attorneys for British Airways PLC* | By: /s/ Daniel D. Edelman<br>Daniel D. Edelman<br>7 Times Square, Times Square Tower<br>New York, NY 10036<br>(212) 832-8300<br>(212) 763-7600 (fax)<br><br>*Attorneys for Asiana Airlines Inc.* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **STEPTOE & JOHNSON LLP** |
| By: /s/ David W. Ogden<br>David W. Ogden (#375951)<br>Robert Bell<br>Eric J. Mahr<br>2445 M Street, N.W.<br>Washington, D.C. 20037<br>(202) 663-6000<br>(202) 663-6363 (fax)<br><br>*Attorneys for Deutsche Lufthansa AG and Lufthansa Cargo AG* | By: /s/ William Karas<br>William Karas<br>Kenneth P. Ewing<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036<br>(202) 429-3000<br>(202) 429-3902 (fax)<br><br>*Attorneys for Japan Airlines International Co., Ltd.* |
| **DLA PIPER RUDNICK GRAY CARY US LLP** | **HOWREY LLP** |
| By: /s/ Edward B. Schwartz<br>Edward B. Schwartz<br>1200 Nineteenth St. N.W.<br>Washington, D.C. 20036<br>(202) 861-3900<br>(202) 223-2085 (fax)<br><br>*Attorneys for Cathay Pacific Airways Ltd.* | By: /s/ Alan M. Wiseman<br>Alan M. Wiseman<br>Mark C. Schechter<br>1299 Pennsylvania Ave, N.W.<br>Washington, D.C. 2004<br>(202) 383-6638<br>(202) 383-6610 (fax)<br><br>*Attorneys for International Air Transport Association* |

| | |
|---|---|
| **MAYER, BROWN, ROWE & MAW, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: /s/ Andrew A. Nicely<br>Andrew A. Nicely<br>1909 K Street N.W.<br>Washington, D.C. 20006-1157<br>(202) 263-3000<br>(202) 263-3300 (fax) | By: /s/ Peter E. Halle<br>Peter E. Halle<br>Willard K. Tom<br>Joseph Brooks<br>Melissa Furrer Miller<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(212) 739-3000<br>(212) 739-3001 (fax) |
| *Attorneys for UAL Corp., United Airlines Cargo Inc., and United Airlines, Inc.* | *Attorneys for Korean Airlines Co. Ltd.* |

**SO ORDERED:**

_____
U.S.D.J.