## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIAGARA FRONTIER DISTRIBUTION INC., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS, AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD., KOREAN AIRLINES COMPANY LTD., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,<br><br>                    Defendants. | Civil Action No. 1:06-CV-0325 (HHK) |

## NOTICE OF ADDRESS CHANGE

Pursuant to Local Civil Rule 5.1(e), the undersigned counsel for Defendants Deutsche Lufthansa AG and Lufthansa Cargo AG respectfully request that this Court take note that effective May 1, 2006, the address of said counsel will change to: 1875 Pennsylvania Avenue, N.W., Washington D.C. 20006.  Please note that the telephone and fax numbers remain the same.

Dated: Washington, D.C.
May 2, 2006

        **WILMER CUTLER PICKERING HALE AND DORR LLP**

        By:   /s/ David W. Ogden
        David W. Ogden (D.C. Bar # 375951)
        Robert Bell
        Eric J. Mahr
        1875 Pennsylvania Avenue, N.W.,
        Washington, D.C. 20006
        (202) 663-6000
        (202) 663-6363 (fax)

        *Attorneys for Deutsche Lufthansa AG and Lufthansa Cargo AG*