UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NIAGARA FRONTIER DISTRIBUTION INC., individually and on behalf of all others similarly situated,

     Plaintiff,

v.

AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS, AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD., KOREAN AIRLINES COMPANY LTD., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,

     Defendants.

Civil Action No. 1:06-CV-0325 (HHK)

---

## STIPULATION AND AGREED ORDER

In light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation*, MDL Docket No. 1775, Plaintiff Niagara Frontier Distribution Inc. ("Plaintiff") and Defendants ACE Holdings Inc., Air Canada, AC Cargo LP, Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, Air-France-KLM Cargo ADS, Asiana Airlines Inc., British Airways PLC, Cathay Pacific Airways Ltd., Deutsche Lufthansa AG, Lufthansa Cargo AG, Japan Airlines International Co., Ltd., Korean Airlines Co., Ltd., SAS AB, SAS Cargo Group A/S, International Air Transport Association, UAL Corp., United Airlines Cargo, Inc. and United Airlines, Inc. (collectively, the "Defendants") through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the defendant represented by each such counsel of all complaints in this or the related matters filed in the District Court for the District of Columbia and assigned to Judge Henry H. Kennedy as of the date of this Stipulation, including any amended, consolidated complaints, and further, that such defendant shall not contest sufficiency of process or of service of process and that such defendant's time to answer, move or otherwise plead in those related matters shall be enlarged until the time provided in the preceding paragraph. This Stipulation does not constitute a waiver of any other defense

including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph, but, the above notwithstanding, should any Defendant respond to any complaint in a related matter filed in the District Court for the Eastern District of New York prior to the date contemplated by this stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Dated:   Washington, D.C.
         May 5, 2006

| COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By:  /s/ Michael D. Hausfeld | By:  /s/ Gary A. MacDonald |
| Michael D. Hausfeld<br>Paul T. Gallagher<br>Andrew B. Bullion<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20008<br>(202) 408-4600<br>(202) 408-6699 (fax)<br><br>*Attorneys for Plaintiff* | Gary A. MacDonald (#418378)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br>(202) 393-5760 (fax)<br><br>**LINKLATERS**<br>James R. Warnot, Jr.<br>Mary K. Warren<br>Thomas A. McGrath<br>Michael J. Osnato, Jr.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000<br>(212) 903-9100 (fax)<br><br>*Attorneys for Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, and Air-France-KLM Cargo ADS* |

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP** | **HELLER EHRMAN LLP** |
| By: /s/ Daryl A. Libow<br>Daryl A. Libow (#446314)<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006-5805<br>(202) 956-7500<br>(202) 293-6330 (fax) | By: /s/ Daniel D. Edelman<br>Daniel D. Edelman<br>7 Times Square, Times Square Tower<br>New York, NY 10036<br>(212) 832-8300<br>(212) 763-7600 (fax) |
| *Attorneys for British Airways PLC* | *Attorneys for Asiana Airlines Inc.* |
| **CROWELL & MORING LLP** | **STEPTOE & JOHNSON LLP** |
| By: /s/ George D. Ruttinger<br>George D. Ruttinger<br>Jeffrey Blumenfeld<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2500<br>(202) 628-5116 (fax) | By: /s/ William Karas<br>William Karas<br>Kenneth P. Ewing<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036<br>(202) 429-3000<br>(202) 429-3902 (fax) |
| *Attorneys for SAS AB, SAS Cargo Group A/S* | *Attorneys for Japan Airlines International Co., Ltd.* |
| **DLA PIPER RUDNICK GRAY CARY US LLP** | **HOWREY LLP** |
| By: /s/ Edward B. Schwartz<br>Edward B. Schwartz<br>1200 Nineteenth St. N.W.<br>Washington, D.C. 20036<br>(202) 861-3900<br>(202) 223-2085 (fax) | By: /s/ Alan M. Wiseman<br>Alan M. Wiseman<br>Mark C. Schechter<br>1299 Pennsylvania Ave, N.W.<br>Washington, D.C. 2004<br>(202) 383-6638<br>(202) 383-6610 (fax) |
| *Attorneys for Cathay Pacific Airways Ltd.* | *Attorneys for International Air Transport Association* |

| MAYER, BROWN, ROWE & MAW, LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ Andrew A. Nicely<br>Andrew A. Nicely (#458805)<br>1909 K Street N.W.<br>Washington, D.C. 20006-1157<br>(202) 263-3000<br>(202) 263-3300 (fax) | By: /s/ Peter E. Halle<br>Peter E. Halle<br>Willard K. Tom<br>Joseph Brooks<br>Melissa Furrer Miller<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(212) 739-3000<br>(212) 739-3001 (fax) |
| *Attorneys for UAL Corp., United Airlines Cargo Inc., and United Airlines, Inc.* | *Attorneys for Korean Airlines Co. Ltd.* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **HOGAN & HARTSON, L.L.P.** |
| By: /s/ David W. Ogden<br>David W. Ogden (#375951)<br>Robert Bell<br>Eric J. Mahr<br>2445 M Street, N.W.<br>Washington, D.C. 20037<br>(202) 663-6000<br>(202) 663-6363 (fax) | By: /s/ Benjamin Holt<br>Benjamin Holt<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br>(202) 637-5910 (fax)<br><br>George Hritz<br>Eric Stock<br>HOGAN & HARTSON, L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000 |
| *Attorneys for Deutsche Lufthansa AG and Lufthansa Cargo AG* | *Attorneys for Air Canada, ACE Aviation Holdings and AC Cargo LP* |

**SO ORDERED:**

_____
U.S.D.J.